UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**KAY XIONG YANG,**
        Petitioner,

v.                                              Case No. 25-cv-0876

**STATE OF WISCONSIN, et al.,**
        Respondents.

---

## ORDER

On July 30, 2025, Magistrate Judge Stephen C. Dries issued a decision recommending that petitioner Kay Xiong Yang's petition for a writ of habeas corpus be dismissed for failure to exhaust available state remedies. The decision was served on petitioner that same day. Under Federal Rule of Civil Procedure 72(b)(2) and General Local Rule 72(c), petitioner had 14 days to file written objections to the order. That time expired on August 13, 2025, without petitioner's having filed an objection. Moreover, I reviewed the order de novo and find that no part of it is erroneous or contrary to law.

**THEREFORE, IT IS ORDERED** that Magistrate Judge Dries' Report & Recommendation (ECF No. 5) is **ADOPTED** in its entirety. The petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust available state remedies. The Clerk of Court shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 22nd day of August, 2025.

                                                /s/ Lynn Adelman
                                                LYNN ADELMAN
                                                District Judge